IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:09cr155-MHT |
| SALVADOR JIMENEZ-MALDONADO | ) | |

OPINION

Upon consideration of the recommendation of the Retroactivity Screening Panel entered today and after an independent and de novo review of the entire record, the court is of the opinion, for the reasons set forth in the recommendation, that defendant Salvador Jimenez-Maldonado's motion for reduction of sentence should be denied and the sentence for defendant Jimenez-Maldonado not reduced. An appropriate order will be entered.

DONE, this the 27th day of September, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE